UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.                                           Case Number:

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

_____         _____
Date                                                                Signature

Type of Appointment:   ☐ Retained    ☐ CJA
                                                                    _____
                                                                    Print Name
                    ☐ FPD   ☐ Pro Bono   ☐ Pro Se
                                                                    _____
                                                                    Firm Name

                                                                    _____
                                                                    Mailing Address

_____         _____
Oklahoma State Bar Number (If Applicable)      City                 State   Zip Code

_____         _____
e-mail address                                        Phone Number           Fax Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14th, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system. The following parties or counsel were served by electronic means, as reflected in the Notice of Electronic Filing:

Not Applicable (no defendant has yet appeared)

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. first class mail, postage prepaid addressed as follows:

Kevin Stitt
Office of Governor J. Kevin Stitt
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105

Keith Reed
Interim Commissioner of Health
Oklahoma State Department of Health
123 Robert S. Kerr Ave., Suite 1702
Oklahoma City, OK 73102-6406

Kelly Baker
State Registrar
Oklahoma State Department of Health
123 Robert S. Kerr Ave., Suite 1702
Oklahoma City, OK 73102-6406

State of Oklahoma
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, OK 73105-3498

/s/ Karen Keith Wilkins
Karen Keith Wilkins
Attorney for Plaintiffs