# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.                                            Case Number:

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

_____         _____
Date                                                               Signature

Type of Appointment:   ☐ Retained      ☐ CJA
                                                                   Print Name

                ☐ FPD   ☐ Pro Bono   ☐ Pro Se
                                                                   Firm Name

                                                                   Mailing Address

_____         _____
Oklahoma State Bar Number (If Applicable)    City                        State    Zip Code

_____         _____
e-mail address                                       Phone Number               Fax Number

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system. The following parties or counsel were served by electronic means, as reflected in the Notice of Electronic Filing:

Not Applicable (no defendant has yet appeared)

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. first class mail, postage prepaid addressed as follows:

Kevin Stitt
Office of Governor J. Kevin Stitt
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105

Keith Reed
Interim Commissioner of Health
Oklahoma State Department of Health
123 Robert S. Kerr Ave., Suite 1702
Oklahoma City, OK 73102-6406

Kelly Baker
State Registrar
Oklahoma State Department of Health
123 Robert S. Kerr Ave., Suite 1702
Oklahoma City, OK 73102-6406

State of Oklahoma
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, OK 73105-3498

/s/ Michele Clanton-Lockhart
Michele Clanton-Lockhart
Senior Paralegal/Lambda Legal