UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

ROWAN FOWLER, et al.,

               Plaintiffs,

v.

KEVIN STITT, et al.,

               Defendants.

Case No. 22-CV-00115-GKF-SH

## **ORDER**

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint and Plaintiff C.R.'s Motion to Proceed Pseudonymously [Doc. 19]. For good cause shown, the Court GRANTS Defendants' Unopposed Motion.

Defendants' responsive pleading to the Complaint for Declaratory and Injunctive Relief [Doc. 2] and response to Plaintiff C.R.'s Motion to Proceed Pseudonymously [Doc. 4] shall be due twenty-one (21) days after the filing of any amended Complaint.

IT IS SO ORDERED this 5th day of May, 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE