# EXHIBIT 1

# CERTIFICATE OF LIVE BIRTH

### STATE OF OKLAHOMA-DEPARTMENT OF HEALTH

STATE FILE NO 135- **2022-123456**

| 1. CHILDS NAME (First, Middle, Last, Suffix) | 2. DATE OF BIRTH (Month, Day, Year) | 3. TIME OF BIRTH | 4. SEX |
|---|---|---|---|
| | | | |

| 5a. FACILITY NAME (If not institution, give street and number) | 6. CITY, TOWN OR LOCATION OF BIRTH | 7. COUNTY OF BIRTH |
|---|---|---|
| | | |

5b. PLACE WHERE BIRTH OCCURRED (Check one)   ☒ Hospital   ☐ Freestanding birthing center   ☐ Clinic/Dr's Office
☐ Home Birth => Planned to deliver at home? ☐ Yes ☐ No   ☐ Other (Specify) _____

| 8a. ATTENDANT'S NAME AND TITLE | 8b. ATTENDANT'S MAILING ADDRESS | 9. STATE REGISTRAR'S SIGNATURE |
|---|---|---|
| NAME: | Street & Number or Rural Route: _____ | *Kelly M Baker* |
| TITLE: ☒ MD ☐ DO ☐ CNM/CM ☐ OTHER MIDWIFE ☐ OTHER(Specify) _____ | City or Town: _____ State: ___ Zip: ___ | 10. DATE FILED WITH STATE REGISTRAR (Month, Day, Year) |

11a. CERTIFIER'S NAME AND TITLE
NAME:_____
TITLE: ☐ MD   ☐ DO   ☐ HOSPITAL ADMIN.   ☐ CNM/CM   ☐ OTHER MIDWIFE   ☒ OTHER (Specify)  UNIT CLERK _____

11b. DATE CERTIFIED (Month, Day, Year)

| 12a. MOTHER'S CURRENT LEGAL NAME (First, Middle, Last, Suffix) | 12b. MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE | 12c. MOTHER'S DATE OF BIRTH (Month, Day, Year) | 12d. MOTHER'S BIRTHPLACE (State, Territory, or Foreign Country) |
|---|---|---|---|
| | | | |

13. MOTHER'S RESIDENCE ADDRESS    Inside City Limits? ☒ Yes ☐ No ☐ Unknown   County:
Street & Number:    Apartment Number:   City:   State: OK   Zip Code:

14. MOTHER'S MAILING ADDRESS   ☒ Same as Residence   County:
Street & Number:   Apartment Number:   City:   State:   Zip Code:

| 15a. FATHER'S CURRENT LEGAL NAME (First, Middle, Last, Suffix) | 15b. FATHER'S LAST NAME PRIOR TO FIRST MARRIAGE | 15c. FATHER'S DATE OF BIRTH (Month, Day, Year) | 15d. FATHER'S BIRTHPLACE (State, Territory, or Foreign Country) |
|---|---|---|---|
| | | | |

16a. Permission given to provide Social Security Administration with necessary birth information to issue a Social Security Number?

16b. Permission given to provide Oklahoma State Department of Health registries (such as Newborn Screening and Immunization) with information necessary to protect and promote the health of Oklahoma citizens?

VS 152 Revised 2009 C