UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROWAN FOWLER; ALLISTER HALL; and C.R., <br><br>*Plaintiffs*, <br><br>v. <br><br>KEVIN STITT, in his official capacity as Governor of the State of Oklahoma; KEITH REED, in his official capacity as Commissioner of Health for the Oklahoma State Department of Health; and KELLY BAKER, in her official capacity as State Registrar of Vital Records, <br><br>*Defendants*. | Case No.: 22-CV-00115-GKF-SH |

## UNOPPOSED MOTION OF NICHOLAS GUILLORY
## TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to The Federal Rules of Civil Procedure and LGnR4-4 of the Local General Rules of the United States District Court for the Northern District of Oklahoma, effective January 26, 2021, the Movant, Nicholas Guillory of Lambda Legal Education and Defense Fund, Inc., moves this Court for an Order granting him leave to withdraw as counsel of record on behalf of all of the Plaintiffs: Rowan Fowler, Allister Hall, and C.R. In support of this Motion, Movant would respectfully show the Court as follows:

1.  Movant will no longer be associated with Lambda Legal Education and Defense Fund, Inc., as he will return to public employment.

2.  Plaintiffs will continue to be represented by their remaining attorneys of record: Karen Keith Wilkins, Shelly L. Skeen, Peter C. Renn, and Christina S. Paek. Movant's

withdrawal as counsel of record for Plaintiffs will not affect any of this Court's Orders, schedules or deadlines.

3. If this Court grants this Motion, Movant will no longer be representing any of the Plaintiffs in this action and, therefore, does not need notice of any matters filed in this action and requests that he be removed from all service lists including CM/ECF system notices for this action.

4. Movant has provided reasonable notice to the individual Plaintiffs of Movant's filing of this Motion to Withdraw. Each Plaintiff consents to Movant's withdrawal. Movant has also provided notice of the filing of this Motion to Defendants' counsel. Defendants are not opposed to Movant's withdrawal.

5. This Motion is not sought for delay, but rather so that justice may be done.

WHEREFORE, Movant Nicholas Guillory asks this Court to enter an Order granting him leave to withdraw as counsel of record on behalf of all of the Plaintiffs in this matter, and that he be removed from the service requirements and the receipt of any notices through the CM/ECF system.

DATED: October 6, 2022.

        Respectfully submitted,

        /s/ Nicholas Guillory
        Nicholas Guillory*
        LAMBDA LEGAL DEFENSE AND
        EDUCATION FUND, INC.
        3500 Oak Lawn Ave., Ste. 500
        Dallas, TX 75219
        Telephone: (214) 219-8585
        Fax: (214) 481-9140
        nguillory@lambdalegal.org

        *Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

/s/ Nicholas Guillory
Nicholas Guillory

## CERTIFICATE OF CONFERENCE

I hereby certify that my co-counsel of record, Shelly L. Skeen, contacted counsel for Defendants, Audrey Weaver, via email on October 5, 2022, to determine whether Defendants were opposed to this Motion. Defendants' counsel responded on October 6, 2022, via email, and stated that Defendants were NOT opposed to my filing of this Motion to Withdraw as counsel of record for Plaintiffs.

/s/ Nicholas Guillory
Nicholas Guillory
