UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROWAN FOWLER, *et al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>KEVIN STITT, *et al.*,<br><br>          *Defendants*. | Case No.:  22-CV-00115-GKF-SH |

**STIPULATION TO APPLY PENDING MOTION TO DISMISS, RESPONSE, AND REPLY TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Plaintiffs and Defendants stipulate and agree to the following:

1.     Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants give their written consent to Plaintiffs' filing of a Second Amended Complaint to comply with this Court's recent Order denying Plaintiff C.R.'s Motion to Proceed Pseudonymously. [Doc. 37].

2.     The Second Amended Complaint will only contain non-substantive changes—such as the full disclosure of Plaintiff C.R.'s name required by the Court and updates to a Plaintiff's age in the event of a recent birthday—and will not contain any new substantive allegations.

3.     In the interest of efficiency and judicial economy, the parties respectfully request that the Court treat the pending Defendants' Motion to Dismiss [Doc. 24], Plaintiffs' Response to Defendants' Motion to Dismiss [Doc. 33], and the Defendants' Reply in Support of Defendants' Motion to Dismiss [Doc. 38] as applying equally to Plaintiffs' Second Amended Complaint. This approach would promote efficiency and conserve resources because it would avoid unnecessarily duplicative filings. *See, e.g.*, *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (agreeing to evaluate Defendants' motions to dismiss as directed at

1

Plaintiffs' second amended complaint even though the motions were originally directed at Plaintiffs' first amended complaint).  For the Court's convenience, a redline showing the relevant changes between the First Amended Complaint and the anticipated Second Amended Complaint is attached.

      4.      The parties have also submitted a proposed order effectuating this stipulation.

DATED:  November 7, 2022

Respectfully submitted,

/s/ Christina S. Paek
Christina S. Paek*
Peter C. Renn*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: (213) 382-7600
Fax: (213) 402-2537
cpaek@lambdalegal.org
prenn@lambdalegal.org

Shelly L. Skeen*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
3500 Oak Lawn Ave, Ste. 500
Dallas, TX 75219
Telephone: (214) 219-8585
Fax: (214) 481-9140
sskeen@lambdalegal.org

Karen Keith Wilkins, OBA# 21005
1515 S. Denver Ave.
Tulsa, OK 74119
Telephone: (918) 599-8118
Fax: (918) 599-8119
karen@wilkinslawtulsa.com

/s/ Audrey A. Weaver
Zach West, OBA #30768
  *Solicitor General*
Bryan Cleveland, OBA #33860
  *Deputy Solicitor General*
Audrey A. Weaver, OBA #33258
  *Assistant Solicitor General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
Zach.West@oag.ok.gov
Bryan.Cleveland@oag.ok.gov
Audrey.Weaver@oag.ok.gov

*Attorneys for Plaintiffs*

*Attorneys for Defendants*

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 7, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all ECF registrants, including counsel for Defendants Kevin Stitt, Keith Reed, and Kelly Baker.

/s/ Christina Paek
Christina S. Paek
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Telephone: (213) 382-7600
Fax: (213) 402-2537
cpaek@lambdalegal.org