## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

ROWAN FOWLER, *et al.*,

        *Plaintiffs*,

   v.

KEVIN STITT, *et al.*,

        *Defendants*.

Case No.:  22-CV-00115-GKF-SH

### ORDER APPLYING PENDING MOTION TO DISMISS, RESPONSE, AND REPLY TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to the parties' stipulation [Doc. 39] regarding Plaintiffs' Second Amended Complaint, and for good cause shown, the Court hereby orders that the pending Defendants' Motion to Dismiss [Doc. 24], Plaintiffs' Response to Defendants' Motion to Dismiss [Doc. 33], and the Reply in Support of Defendants' Motion to Dismiss [Doc. 38] shall apply equally to Plaintiffs' Second Amended Complaint.

IT IS SO ORDERED this 7th day of November, 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE

1